Decided July 18, 1996

## DONALD GAYLE *v.* BASIL YOUNG ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 41 Conn. App. 913 (AC 14582), is denied.

*Basil Young,* pro se, and *Yvette Young,* pro se, in support of the petition.

*Eroll V. Skyers,* in opposition.

Decided July 18, 1996